1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA SUE RUD,<br><br>Defendant. | Case No. SA 09-395M<br><br>ORDER OF DETENTION<br><br>[Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

17         The defendant having been arrested in this judicial district pursuant to a warrant

18   issued by the Honorable Jeffrey T. Miller, United States District Judge, of the United States

19   District Court for the Southern District of California, for an alleged violation of the terms

20   and conditions of the defendant's supervised release; and

21         The Court having conducted a detention hearing pursuant to Federal Rule of

22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),   The Court finds that:

23   A.   (X)   The defendant has not met her burden of establishing by clear and convincing

24               evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or

25               (c).   This finding is based on the nature of the charged offense, the

26               defendant's lack of bail resources and the nature of the charge offense, which

27               indicates the defendant is unlikely to comply with conditions of release; and

28   ///

1    B.    ( )    The defendant has not met his/her burden of establishing by clear and
2           convincing evidence that s/he is not likely to pose a danger to the safety of
3           any other person or the community if released under 18 U.S.C. § 3142(b) or
4           (c).   This finding is based on the nature of the charged offense and his
5           criminal history.

6

7           IT THEREFORE IS ORDERED that the defendant be detained pending the further
8    revocation proceedings in the charging district.

9

10

11   Dated: August 26, 2009

12                                    /s/    Arthur Nakazato
                                      ARTHUR NAKAZATO
13                                    UNITES STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28